## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Alexia and Lawrence McKnight,     :
           Petitioners     :
                          :
          v.            :
                          :
Public Utility Commission,         :
          Respondent     :        No. 1253 C.D. 2019

**PER CURIAM**               **O R D E R**

       NOW, May 6, 2024, having considered Petitioners' application for reconsideration and Respondent's and Intervenor's answers in response thereto, the application is DENIED.